1
2
3
                                                       JS-6
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   ALBERT V. A.,                              Case No. 2:18-cv-06285-KES
12                  Plaintiff,
13        v.                                 JUDGMENT
14   ANDREW M. SAUL, Commissioner
    of Social Security,[1]
15
16                  Defendant.
17
18        IT IS HEREBY ADJUDGED that, for the reasons set forth in the
19 Memorandum Opinion and Order, the decision of the Commissioner of the Social
20 Security Administration is affirmed and this action is dismissed with prejudice.
21
22 DATED: July 5, 2019
23                                  _____
                                  KAREN E. SCOTT
24                                   United States Magistrate Judge
25
26        [1] Mr. Saul was sworn in as Commissioner of Social Security in June 2019. See
27 https://blog.ssa.gov/social-security-welcomes-its-new-commissioner/. Accordingly,
he is substituted for Ms. Berryhill pursuant to Federal Rule of Civil Procedure 25(d).
28